UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| Frank William Verdi, III, | )   Case No: 25-10846 |
| | ) |
|                     Debtor. | ) |

CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that on the date indicated below, the undersigned served a copy of the foregoing CHAPTER 13 PLAN [Doc. No.: 18] to the parties as shown below via electronic transmission as may be applicable or by depositing the same in a post-paid wrapper, addressed accordingly, in an official depository of the United States Postal Service, in the manner prescribed by law:

John Paul H. Cournoyer
US Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401
*VIA CM/ECF*

Anita Jo Kinlaw Troxler
Chapter 13 Trustee
P.O. Box 1720
Greensboro, NC 27402-1720
*VIA CM/ECF*

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Attorney's Office
Middle District of North Carolina
Attn: Civil Process Clerk
101 South Edgeworth Street – 4th Floor
Greensboro, NC  27401

Attorney General of the United States
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

Professional Financial Services of North Carolina, LLC
c/o CT Corporation System
160 Mine Lake Ct Ste 200
Raleigh, NC 27615-6417

See attached mailing matrix.

Under penalty of perjury, I declare that the foregoing is true and correct.

THIS the 15th day of January, 2026.

/s/ Samantha K. Brumbaugh
Samantha K. Brumbaugh
Attorney for Debtor
N.C.S.B. #32379
Ivey, McClellan, Siegmund, Brumbaugh
& McDonough, LLP
305 Blandwood Ave.
Greensboro, NC 27402
skb@iveymcclellan.com
Telephone: (336) 274-4658

Case 25-10846
Middle District of North Carolina
Greensboro

Bank of America
100 N. Tryon Street
Charlotte, NC 28255-0001

Capital One
P.O. Box 31293
Salt Lake City, UT 84131-0293

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Conner, Gwyn Schenck, PLLC
c/o Tim Wyatt, Esq.
P.O. Box 20744
Greensboro, NC 27420-0744

Credit One Bank
6801 South Cimmaron Road
Las Vegas, NV 89113-2273

Estate of Ronald Hamilton
P.O. Box 1531
Reidsville, NC 27323-1531

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Marble Granite World
321 E. Bodenhamer St.
Kernersville, NC 27284-2837

Matthew Verdi
1076 Narrow Guage Road
Reidsville, NC 27320-7707

NC Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27640-0001

New Bridge Bank
1501 Highwoods Blvd.
Greensboro, NC 27410-2050

Phillip Verdi
1076 Narrow Guage Road
Reidsville, NC 27320-7707

Professional Financial Services of NC
Attn:  Officer
181 Security Place
Spartanburg, SC 29307-5450

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Riverside Equipment
325 Westover Drive
Danville, VA 24541-3409

Rockingham County EMS
P.O. Box 863
Lewisville, NC 27023-0863

Rockingham County Taxes
P.O. Box 68
Wentworth, NC 27375-0068

(p)SUNRISE BANK
ATTN OPERATIONS
109 E CHURCH STREET SUITE 100
ORLANDO FL 32801-3326

US Attorney's Office
MDNC
101 S. Edgeworth Street--4th Floor
Greensboro, NC 27401-6045

Wake Forest Emergency Providers
P.O. Box 1259
Oaks, PA 19456-1259

Whie Oak Creek Retreat, LLC
5804 Scotland Oaks Court
Greensboro, NC 27407-7274

Wishart, Norris, Henninger & Pittman, PA
P.O. Box 1998
Burlington, NC 27216-1998

Frank William Verdi II
205 Lashae Drive
Reidsville, NC 27320-7992